UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIE GILES, et al.,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY,<br><br>　　　　　　Defendant. | CASE NO. C17-1888JLR<br><br>ORDER SUSPENDING<br>DEADLINES |

Before the court is the parties' notice of settlement, in which the parties request that the court "stay all deadlines" while the parties finalize their settlement agreement. (Notice (Dkt. # 16).) For the following reasons, the court GRANTS in part and DENIES in part the parties' request.

Certain case deadlines had already passed when the parties filed their notice of settlement on November 13, 2018. (*See* Sched. Order (Dkt. # 8) at 1-2; Notice.) The court will not stay any deadline that had expired before November 13, 2018.

ORDER - 1

The court SUSPENDS all remaining unexpired case deadlines. (*See* Sched. Order at 1-2.) If the parties do not effectuate their settlement agreement, the court ORDERS the parties to file a joint status report with the court within seven (7) days of such an occurrence. After receiving the joint status report, the court will reset the remaining unexpired case deadlines, which will likely move trial to spring 2020.

Dated this 26th day of November, 2018.

JAMES L. ROBART
United States District Judge