# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JULIE AND STEFAN GILES, a married couple,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | HON. JAMES L. ROBART<br><br>NO. 2:17-cv-01888-JLR<br><br>[PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS PURSUANT TO FED. R. CIV. PROC. 41(a)(1)<br><br>NOTE ON MOTION CALENDAR: December 26, 2018 |

Based on the parties' Joint Stipulated Motion for Dismissal dated December 26, 2018, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear their own attorney fees and costs.

DATED this 27th day of December, 2018.

_____
HONORABLE JAMES L. ROBART

[PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS PURSUANT TO FED. R. CIV. PROC. 41(a)(1) - 1
(Case No. 2:17-cv-01888-JLR)

FALLON McKINLEY & WAKEFIELD, PLLC
ATTORNEYS AT LAW
1111 Third Avenue, Suite 2400
SEATTLE, WASHINGTON 98101
(206) 682-7580 FAX (206) 682-3437

1070.070/Order Dismissal.docx